UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA E. SINS | CIVIL ACTION |
| VERSUS | |
| | NO. 19-791-JWD-SDJ |
| STATE FARM INSURANCE COMPANY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 10, 2020 (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 8) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>August 25, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**